**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RUSSELL E. JONES | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | NO: 4:13CV583  SWW |
| FAULKNER COUNTY, ARKANSAS, | * | |
| ET AL. | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims arising under federal law are DISMISSED WITH PREJUDICE, and Plaintiff's supplemental claims brought pursuant to state law are DISMISSED WITHOUT PREJUDICE.  This action is hereby DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED THIS 20TH  DAY OF OCTOBER, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE